RECEIVED
IN ALEXANDRIA, LA.
NOV - 6 2012
TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA HALL | CIVIL ACTION NO. 1:12-CV-1787 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's second and successive petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 5th day of November, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE